NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH JONES,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2019-1560

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-00879-EGB, Senior Judge Eric G. Bruggink.

---

## JUDGMENT

---

MICHAEL STANSKI, Law Office of Michael Stanski, Jacksonville, FL, argued for plaintiff-appellant.

ANN MOTTO, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ANTHONY F. SCHIAVETTI, JOSEPH H. HUNT, STEVEN JOHN GILLINGHAM, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2020                    /s/ Peter R. Marksteiner
Date                               Peter R. Marksteiner
                                   Clerk of Court